## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 140 EAL 2016
                                       :

                Respondent        :

                                         :    Petition for Allowance of Appeal from
                                         :    the Order of the Superior Court
                v.                          :
                                         :

ELIAJAH FLEMING,                    :
                                         :

                Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.